■ WALTER UPDIKE, Appellant, v EDWARD UPDIKE, Individually and as Acting Power of Attorney for ARTHUR E. MARTIN, and as Executor of ARTHUR MARTIN, Deceased, Respondent. [755 NYS2d 912] —Appeal from a judgment of Supreme Court, Steuben County (Bradstreet, J.), entered May 16, 2001, in favor of defendant after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Steuben County, Bradstreet, J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.